UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM WHINEGLASS,

    Plaintiff,

v.                                                                    CASE NO.: 8:11-cv-2784-T-23TGW

KEVIN SMITH, *et al.*,

    Defendants.
_____/

## **ORDER**

      The plaintiff moves (Doc. 27) to conditionally certify a class in this FLSA action. The defendants oppose (Doc. 34) the motion and move (Doc. 25) to strike from the plaintiff's complaint any reference to a collective action. Magistrate Judge Thomas G. Wilson considered the motions, issued (Doc. 42) a report under 28 U.S.C. § 636, and recommends granting the plaintiff's motion (Doc. 27) to the extent that the plaintiff and the opt-in plaintiffs Jennifer Zambrana, Daniel Seltzer, and Sheri Evanson comprise a legally cognizable, conditionally certified class. Magistrate Judge Wilson also recommends denying the defendants' motion to strike (Doc. 25). The defendants object (Doc. 43).

      The plaintiff, at this stage of the proceedings, presents sufficient evidence of commonality in the putative class, including (1) that each member of the putative

class was subject to the same payroll deduction practice, (2) that the allegedly illegal practice was implemented by the same decisionmaker, and (3) that the FLSA was violated by the decisionmaker in the same manner.  In addition, the putative class is closed to a small and manageable four members.  Of course, the defendants, if warranted, may move to de-certify the class.

The defendants' objection (Doc. 43) is **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 42) is **ADOPTED**.  The plaintiff's motion for conditional certification (Doc. 27) is **GRANTED** to the extent that a collective action comprising the plaintiff and the opt-in plaintiffs Jennifer Zambrana, Daniel Seltzer, and Sheri Evanson is **CONDITIONALLY CERTIFIED**.  The defendant's motion to strike (Doc. 25) is **DENIED**.

ORDERED in Tampa, Florida, on December 11, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE