UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM WHINEGLASS,

    Plaintiff,

v.                                          CASE NO.: 8:11-cv-2784-T-23TGW

KEVIN SMITH, *et al.*,

    Defendants.

_____/

**ORDER**

The defendants move (Docs. 45, 46) to de-certify the collective action and for summary judgment in this FLSA action. Magistrate Judge Thomas G. Wilson considered the motions, issued (Doc. 68) a report under 28 U.S.C. § 636, and recommends de-certifying the conditionally certified class and denying the motion for summary judgment. The parties lodge no objection.

The Magistrate Judge's report and recommendation (Doc. 68) is **ADOPTED**. The defendants' motion (Doc. 45) for de-certification of the class is **GRANTED**, and the claims of Jennifer Zambrana, Daniel Seltzer, and Sheri Evanson are **DISMISSED WITHOUT PREJUDICE**. The defendants' motion (Doc. 46) for summary judgment as to the claims of Zambrana, Seltzer, and Evanson is **DENIED**

**AS MOOT**.  The defendants' motion (Doc. 46) for summary judgment as to the plaintiff William Whineglass is **DENIED**.

Magistrate Judge Thomas G. Wilson will hold the pre-trial conference on **June 14, 2013, 10:30 AM, Courtroom 12A**.  The trial is scheduled for the trial term commencing July 1, 2013.

ORDERED in Tampa, Florida, on May 21, 2013.

<em>[signature]</em><br>
STEVEN D. MERRYDAY<br>
UNITED STATES DISTRICT JUDGE